UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Renée M. Bumb |
| v. | : | |
| JESUS SIXTEGA VALERIO | : | Crim. No. 20-22 RMB |

ORDER SCHEDULING CHANGE OF PLEA HEARING AND
ORDER TO PREPARE PRE-SENTENCE REPORT IN ADVANCE

This matter having been opened to the Court by the defendant Jesus Sixtega Valerio, through Counsel Maggie F. Moy, AFPD, and Meriah Russell, AUSA, having no objection to the form of Order directing the U.S. Probation Department to prepare the pre-sentence report before the scheduled plea hearing,

HEREBY SCHEDULED on _May 7_, 2020 at _10:00 am_

and for good and sufficient cause shown:

IT IS on this day _27th_ April, 2020

ORDERED the U.S. Probation is authorized and shall prepare a presentence report before the scheduled plea hearing listed above.

_____
The Honorable Renée M. Bumb
United States District Judge